JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TACORI ENTERPRISES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCOTT KAY, INC.,<br><br>　　　　Defendant. | Case No. CV11 01565 DSF (VBKx)<br><br>**[PROPOSED] ORDER ON STIPULATION FOR MUTUAL DISMISSAL**<br><br>Date of Filing:  2/22/2011<br>Trial Date:        10/16/2012<br><br>Hon. Dale S. Fischer |

Upon review of the parties' Stipulation for Mutual Dismissal, THE COURT HEREBY ORDERS:

1. This Action is hereby dismissed in its entirety with prejudice.
2. Each party will bear its own costs of suit and attorneys' fees.
3. This Court shall retain jurisdiction to enforce the Agreement.

Dated: _____10/3/11

　　　　　　　　　　　　　　　　　　　　_/s/ Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　　Hon. Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　JUDGE OF THE U.S. DISTRICT COURT